ERIC GRANT
United States Attorney
JUSTIN GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Oct 16, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CAMILO GILES JIMENEZ,

Defendant.

CASE NO. 1:26-cr-00208-FJS

GOVERNMENT'S MOTION TO SEAL CASE

**Filed Under Seal**

The government moves the Court to order that the criminal complaint, arrest warrant, and all other documents filed in this case be sealed until further order of the Court. These documents discuss an ongoing government investigation that is not yet public. Moreover, the defendant is out of custody and the extent of the investigation is not fully known to him or her. Accordingly, there is good cause to seal these documents because premature disclosure may give the defendant the opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution.

Dated: October 16, 2026

*/s/ Justin Gilio*
Justin Gilio
Assistant United States Attorney