FILED
Oct 20, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CAMILO GILES JIMENEZ,

Defendant.

CASE NO. 1:26-CR-00208-FJS

ORDER UNSEALING COMPLAINT

Based on the defendant's arrest and appearance in court, the Court finds that there is no longer a need to keep the Complaint under seal. IT IS HEREBY ORDERED that the Complaint in this case pertaining to defendant CAMILO GILES JIMENEZ be UNSEALED.

**IT IS SO ORDERED.**

**DATED: October 20, 2026**

/s/ Eric P. Grosjean

**UNITED STATES MAGISTRATE JUDGE**