ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

OCT 20 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CAMILO GILES JIMENEZ,

Defendant.

CASE NO. 1:26-CR-00208-FJS

18 U.S.C. § 611 – Voting by Aliens (Three Counts);

# INFORMATION

COUNT ONE: [18 U.S.C. § 611 – Voting by Aliens]

The United States Attorney charges: T H A T

CAMILO GILES JIMENEZ,

defendant herein, an alien, and citizen and national of Mexico, knowing he was not a United States citizen, on or about June 6, 2026, in the County of Fresno, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives, in violation of Title 18, United States Code, Section 611.

<u>COUNT TWO</u>: [18 U.S.C. § 611 – Voting by Aliens]

The United States Attorney charges: T H A T

CAMILO GILES JIMENEZ,

defendant herein, an alien, and citizen and national of Mexico, knowing he was not a United States citizen, on or about June 6, 2026, in the County of Fresno, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives, in violation of Title 18, United States Code, Section 611.

<u>COUNT THREE</u>: [18 U.S.C. § 611 – Voting by Aliens]

The United States Attorney charges: T H A T

CAMILO GILES JIMENEZ,

defendant herein, an alien, and citizen and national of Mexico, knowing he was not a United States citizen, on or about June 6, 2026, in the County of Fresno, State and Eastern District of California, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives, in violation of Title 18, United States Code, Section 611.

Dated: October 20, 2026

ERIC GRANT
United States Attorney

By: */s/ Joshua B. Banister*
JOSHUA B. BANISTER
Assistant United States Attorney

**United States v. Carter**
**Penalties for Information**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 611 – Voting by Aliens

PENALTIES: A maximum of up to 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release up to 1 year

SPECIAL ASSESSMENT: $25 (mandatory on each count)